JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CESAR DAVLANTES and TIFFANY E. DAVLANTES,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendant. | Case No. 5:22-cv-00886-AB-SHK<br><br>**ORDER DISMISSING CIVIL ACTION** |

　　　The Court has been advised that this action has been settled.

　　　The Court therefore **ORDERS** that this action is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown within **65 days,** to re-open the action if settlement is not consummated. This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated:  August 11, 2022

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ANDRÉ BIROTTE JR.
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1.